No. 90–5282. Corona v. United States. C. A. 9th Cir. Certiorari denied. 

No. 90–5283. Bolt v. Blackburn et al. C. A. 5th Cir. Certiorari denied. 

No. 90–5284. Andrade v. United States. C. A. 2d Cir. Certiorari denied. 

No. 90–5285. Bifield v. Henman, Warden. C. A. 7th Cir. Certiorari denied.

No. 90–5286. Thurman v. United States. C. A. 11th Cir. Certiorari denied. 

No. 90–5287. Dodson v. Altoona Mirror Publishers. C. A. 3d Cir. Certiorari denied. 

No. 90–5288. Griffin v. United States. C. A. 11th Cir. Certiorari denied. 

No. 90–5289. Backas v. United States. C. A. 10th Cir. Certiorari denied. 

No. 90–5291. Barner v. Hoffman, Warden, et al. C. A. 4th Cir. Certiorari denied. 

No. 90–5296. Frazier v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 90–5298. Brown v. New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. 

No. 90–5299. Chou v. University of Maryland. C. A. 4th Cir. Certiorari denied. 

No. 90–5300. Shaw v. Vaughn, Superintendent, State Correctional Institution (and Diagnostic and Classification Center) at Graterford, et al. C. A. 3d Cir. Certiorari denied.

No. 90–5302. Gaerttner v. Fulcomer et al. C. A. 3d Cir. Certiorari denied.

No. 90–5303. Armstrong v. United States. C. A. 9th Cir. Certiorari denied.